UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY DEWAYNE BEARD, JR., a legally
incapacitated person, by and through
JOHNETTE FORD, his legal guardian,

Case No. 14-13465

Honorable Nancy G. Edmunds

    Plaintiff,

v.

CITY OF SOUTHFIELD, et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [187]**

    In a Report and Recommendation (R&R) issued on May 22, 2017 (Dkt. 187), Magistrate Judge Elizabeth Stafford recommends that this Court order attorney Johnny Hawkins to pay Defendants $18,455.48 in sanctions, consistent with this Court's November 2016 order granting in part Defendants' motion for sanctions. (Dkt. 155.) Neither party has filed objections to the R&R, and the deadline for doing so has passed. The parties' failure to file objections to the R&R waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Furthermore, the failure to object to the R&R releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). Nonetheless, having reviewed the R&R, the parties' submissions, and the record as a whole, the Court concurs with the Magistrate Judge's analysis and therefore ACCEPTS and ADOPTS the R&R.

    Accordingly, this Court orders Johnny Hawkins to pay Defendants $18,455.48 in sanctions.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: June 14, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 14, 2017, by electronic and/or ordinary mail.

s/Carol A. Bethel
Case Manager